# Hinckley & Heisenberg LLP

445 Hamilton Ave., Suite 1102
White Plains, New York 10601

cheisenberg@hinckley.org                                       Direct Tel.: (212) 845-9094

September 23, 2025

**BY ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Form Portfolios LLC v. Food52, Inc.*, Case No. 1:24-cv-07690-NCM-CLP
Status Report Pursuant to June 20, 2025 Minute Entry

Dear Judge Pollak:

Pursuant to the September 11, 2025 minute order, Plaintiff Form Portfolios LLC ("Form") respectfully submits this status report regarding the scheduling of depositions.

The parties have confirmed the depositions of Alex Bellos on Oct. 1, Erika Badan-Ayers on October 8th, Jason Chatterjee on October 21st and Mike Kerns on November 12.

Amada Hesser, Food52's former Co-C.E.O. has not yet scheduled her deposition, but we anticipate that it will be, shortly.

Food52's has not yet supplemented its prior interrogatory responses.

Respectfully submitted

/s/ Christoph C. Heisenberg

Christoph C. Heisenberg
George R. Hinckley, Jr.

Attorneys for Plaintiff Form Portfolios LLC

cc: Straat Tenney, Esq.