UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORM PORTFOLIOS LLC,<br>                           Plaintiff,<br><br>vs.<br><br>FOOD52, INC.,<br>                           Defendant. | 24-cv-07690 (NCM)(CLP) |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FOOD52, INC. TO ANSWER PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant Food52, Inc. ("Food52") and Form Portfolios LLC ("Form") (together, the "Parties"), by and through their counsel of record, that Food52's time to answer the Complaint filed by Form in the above-captioned matter is extended to January 7, 2026. In support, the Parties state the following:

1. On November 4, 2024, Form filed a Complaint against Food52 in the above-captioned matter. Dkt. No. 1.

2. On November 8, 2024, Food52 executed a waiver of service, making its response to the Complaint due on January 6, 2025. Dkt. No. 8.

3. On December 20, 2024, Food52 filed a Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction. Dkt. No. 9.

4. Following correspondence with the Court, the Motion to Dismiss was Fully Briefed and all relevant motion papers were filed on April 3, 2025. *See* Dkt. No. 21-23.

5. On December 16, 2025, the Court entered an order on the Motion to Dismiss, making Food52's answer to the Complaint due on December 30, 2025. Dkt. No. 39; *see* Fed. R. Civ. P. 12(a)(4)(A).

323442086v1

6.        Counsel for the Parties have conferred regarding the status of the case and have agreed to an extension to respond to the Complaint by January 7, 2026.

7.        The additional time will allow Food52 to assess and respond to the allegations in the Complaint in light of the Court's recent decision on the previously filed Motion to Dismiss.

8.        This is Food52's first request for an extension to answer the Complaint.

9.        The relief sought herein is not being sought for purposes of delay and no party will suffer prejudice.

**WHEREFORE**, the Parties respectfully request that the Court enter an order granting a fourteen-day extension for Food52 to answer the Complaint by January 7, 2026.

Dated: December 26, 2025

By: */s/ H. Straat Tenney*
H. Straat Tenney
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
T. 212.912.2915
straat.tenney@troutman.com
*Attorneys for Defendant Food52, Inc.*

By: */s/ George R. Hinckley, Jr.*
George R. Hinckley, Jr.
Christoph C. Heisenberg
HINCKLEY & HEISENBERG LLP
445 Hamilton Ave, Suite 1102
T. 917.312.7239
george@hinckley.org
cheisenberg@hinckley.org
*Attorneys for Plaintiff Form Portfolios LLP*

323442086v1