UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FORM PORTFOLIOS LLC,

                    Plaintiff,

     -against-

                                                               Civil Action No.
                                                            1:24-cv-07690-NCM-CLP

FOOD52, INC.,

                    Defendant.
-------------------------------------------------------------x

## **SUGGESTION OF BANKRUPTCY**

      Plaintiff Form Portfolios LLC, by and through its undersigned counsel, Hinckley & Heisenberg LLP, respectfully submits this Suggestion of Bankruptcy and states as follows:

      1.     On or about December 29, 2025 Defendant Food52, Inc. filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, Case No. 25-12277 (the "Bankruptcy Case"), assigned to the Honorable Laurie Selber Silverstein.

      2.     Pursuant to 11 U.S.C. § 362(a), the filing of the Bankruptcy Case operates as an automatic stay of the commencement or continuation of judicial proceedings against Defendant Food52, Inc. that were or could have been commenced before the commencement of the Bankruptcy Case, or to recover a claim against the debtor that arose before the commencement of the Bankruptcy Case.

      3.     Accordingly, Plaintiff respectfully suggests that this action is stayed as against Defendant Food52, Inc. pursuant to 11 U.S.C. § 362(a), and that all proceedings in this action against Defendant Food52, Inc. should be held in abeyance pending further order of this Court or the Bankruptcy Court.

      4.     Plaintiff reserves all rights to seek relief from the automatic stay in the Bankruptcy Court or to pursue such other relief as may be appropriate.

      **WHEREFORE**, Plaintiff respectfully requests that the Court take notice of the automatic stay pursuant to 11 U.S.C. § 362(a), administratively close this matter or hold this

action in abeyance pending the resolution of the Bankruptcy Case or further order of this Court, and grant such other and further relief as the Court deems just and proper.

Dated: January 2, 2026

                                                HINCKLEY & HEISENBERG LLP

                                                By: /s/ *George R. Hinckley, Jr.*

                                                445 Hamilton Ave., Suite 1102
                                                White Plains, New York 10601
                                                 (917) 312-7239
                                                 george@hinckley.org

                                                Attorneys for Plaintiff